United States District Court
District of Connecticut
FILED AT NEW HAVEN
10/31          20 03
Kevin F. Rowe, Clerk
By B. Rodda
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ESTATE OF RITA GENECIN, by
VICTOR GENECIN, Personal
Representative,
    Plaintiff,

VS.

PAUL GENECIN and VICTOR GENECIN,
in his individual capacity,
    Defendants.

Civil No. 3:01CV00211(MRK)

OCTOBER 29, 2003

## STATUS REPORT

Pursuant to this Court's Order, defendant Paul Genecin submits this Status Report.

    A.    <u>Status of Case</u>. There are no pending motions. Plaintiff wishes to take one additional deposition, and defendant has not objection to that.

    B.    <u>Settlement</u>. The parties previously had a settlement conference with Judge Garfinkel. The parties have continued to discuss settlement on their own. If there is to be a referral, defendant believes such referral should be made to Judge Garfinkel.

    C.    <u>Referral to Magistrate Judge</u>. Defendant has no objection to trial before a Magistrate Judge. It may be preferable to assign the case to a Magistrate Judge other than Judge Garfinkel, in light of his involvement in settlement discussions.

    D.    <u>Estimated Length of Trial</u>. It is anticipated that the trial would last two or three days.

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

THE DEFENDANT,
PAUL GENECIN

By /s/ Patrick M. Noonan
Patrick M. Noonan
Delaney, Zemetis, Donahue,
Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203)458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

David T. Grudberg
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange street
P.O. Box 606
New Haven, CT 06503

Richard L. Mattiaccio, Esquire
Pavia & Harcourt
600 Madison Avenue
New York, NY 10022

Victor Genecin, Esq.
Pavia & Harcourt
600 Madison Avenue
New York, NY 10022

/s/ Patrick M. Noonan
Patrick M. Noonan