FILED
Dec 29  12 02 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF RITA GENECIN, by VICTOR GENECIN, Personal Representative, Plaintiff, | : : : : |
| | : CIVIL NO. 3:01CV00211(MRK) |
| VS. | : : |
| PAUL GENECIN and VICTOR GENECIN, in his individual capacity, Defendants. | : DECEMBER 29, 2003 : : |

MOTION OF PLAINTIFF ESTATE OF RITA GENECIN AND OF DEFENDANT VICTOR GENECIN FOR SUMMARY JUDGMENT AS TO ALL COUNTS

Plaintiff Estate of Rita Genecin (the "Estate") by Victor Genecin, Personal Representative, by its attorneys, Jacobs, Grudberg, Belt & Dow and Pavia & Harcourt LLP, and Defendant Victor Genecin, in his individual capacity, by his attorneys, Pavia & Harcourt LLP, hereby moves this Court for summary judgment, as follows:

1) Plaintiff the Estate moves for summary judgment against defendant Paul Genecin as to the First and Second Counts of the Complaint, and as to the Third Count for final judgment fixing the percentages to which Victor Genecin and Paul Genecin are entitled in the distribution of the

P&H - 344206.2 :99999/480

decedent's Schwab IRA, and adjudicating the rights of these interested parties, and

(2) Defendant Victor Genecin moves for summary judgment as to the Third Count fixing the percentage distribution of the Schwab IRA at 60% Victor Genecin, 40% Paul Genecin, pursuant to the decedent's beneficiary designations and Maryland law, and

(3) Plaintiff the Estate and Defendant Victor Genecin seek such other and further relief as the Court may deem appropriate.

In support of this motion, the moving parties rely on (a) the Complaint, as subsequently verified by Victor Genecin, and the exhibits accompanying the complaint, (b) admissions in the defendant Paul Genecin's Answer to the Complaint and Answers to Plaintiff's First Set of Interrogatories, (c) excerpts of deposition testimony of Paul Genecin, Victoria Morrow, Marion P. Mulrine, and Victor Genecin, and (d) plaintiff's exhibits marked at the depositions, (e) the affidavits of non-party witnesses Daniel E. Wagner, Marc. J. Hertzberg, Carol N. Sullivan, and Garrett R. Wynne, all of which are submitted herewith. The uncontested facts are set forth in the Local Rule 56(a)(1) Statement, submitted herewith.

2

The facts and arguments in support of this motion are discussed in detail in the accompanying Memorandum of Law.

December    , 2003

                  THE PLAINTIFF,
                  ESTATE OF RITA GENECIN, by VICTOR
                  GENECIN, Personal Representative

                  By: _____
                  David T. Grudberg, ct01186
                  JACOBS, GRUDBERG, BELT & DOW, P.C.
                  350 Orange St.
                  P.O. Box 606
                  New Haven, CT   06503
                  Ph.:(203) 772-3100
                  Fax:(203) 772-1691
                  Email: dgrudberg@jacobslaw.com

                  By: _____
                  Richard L. Mattiaccio, ct24592
                  PAVIA & HARCOURT LLP
                  600 Madison Avenue
                  New York, NY 10022
                  Ph.: (212) 980-3500
                  Fax: (212) 980-3185
                  Email: rmattiaccio@pavialaw.com


                  DEFENDANT, VICTOR GENECIN,
                  IN HIS INDIVIDUAL CAPACITY


                  By: _____
                  Richard L. Mattiaccio, ct24592
                  Pavia & Harcourt LLP
                  600 Madison Avenue
                  New York, NY   10022
                  Ph.: (212) 508-2311
                  Fax: (212) 735-7911
                  Email: RMattiaccio@pavialaw.com

Certification

The undersigned hereby certifies that a copy of the MOTION OF PLAINTIFF ESTATE OF RITA GENECIN AND OF DEFENDANT VICTOR GENECIN FOR SUMMARY JUDGMENT AS TO ALL COUNTS was mailed first class, postage pre-paid, on December 29, 2003 to:

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue,
Durham & Noonan, P.C.
741 Boston Post Rd.
Guilford, CT 06437

Victor Genecin, Esq.
Richard L. Mattiaccio, Esq.
Pavia & Harcourt, LLP
600 Madison Ave.
New York, N.Y. 10022

_____
David T. Grudberg

P&H - 344206.2 :99999/480