UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF RITA GENECIN, by<br>VICTOR GENECIN, Personal<br>Representative,<br>　　　　Plaintiff, | :<br>:<br>:<br>: | <br><br><br>Civil No. 301CV00211(MRK) |
| VS. | : | |
| PAUL GENECIN and VICTOR GENECIN,<br>in his individual capacity,<br>　　　　Defendants. | :<br>:<br>:<br>: | <br><br>DECEMBER 31, 2003 |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule Fed. R. Civ. P. 56, the defendant, Paul Genecin, hereby moves for

summary judgment as there are no disputed issues of fact, and summary judgment must be

granted as a matter of law.  Paul Genecin submits that summary judgment should be granted in

his favor as he is the proper owner of a painting entitled *"Partie de campagne"* by Toulouse-

Lautrec since his mother gave it to him prior to her death.  With regard to the proper

disposition of Rita Genecin's IRA, Paul Genecin submits that the IRA should be distributed

50/50 pursuant to the expressed intent of the controlling designation of beneficiary form

contained in the Charles Schwab file.

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

THE DEFENDANT,
PAUL GENECIN

By _____
Patrick M. Noonan
(Fed. Bar #ct00189)
Brock T. Dubin
(Fed. Bar #ct00189)
Delaney, Zemetis, Donahue,
Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437
(203) 458-9168

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

David T. Grudberg
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT  06503

Richard L. Mattiaccio, Esq.
Pavia & Harcourt
600 Madison Avenue
New York, NY  10022

Victor Genecin, Esq.
Pavia & Harcourt
600 Madison Avenue
New York, NY  10022

_____
Patrick M. Noonan

2