UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ESTATE OF RITA GENECIN, by :
VICTOR GENECIN, Personal :
Representative, :
    Plaintiff, :    Civil No. 301CV00211(MRK)
 :
VS. :
 :
PAUL GENECIN and VICTOR GENECIN, :
in his individual capacity, :
    Defendants. :    DECEMBER 31, 2003

## DEFENDANT'S LOCAL RULE 56(a)1 STATEMENT

Defendant Paul Genecin submits that the following facts are not in dispute:

1. Rita Genecin intended that her son Paul Genecin have a lithograph entitled, "Partie de campagne" by Toulouse-Lautrec (hereinafter "The Lautrec") as a gift.

2. Rita Genecin originally gave the Lautrec to Paul Genecin in July, 1999 when Paul was at his mother's home in Baltimore, Maryland. (See Exhibit B, Deposition of Paul Genecin at pp. 120-121).

3. At that time, Paul Genecin informed her that he would return at a later date to take the Lautrec to his home in New Haven. (See Exhibit B, Deposition of Paul Genecin at p. 120; see also Exhibit C, Affidavit of Paul Genecin).

4. Paul Genecin and his family visited Rita Genecin at the end of 1999. They were unable to transport the Lautrec back to New Haven with them at that time, because their dog was with them and would be riding in the back of the car. They therefore left the Lautrec in Rita Genecin's home for safekeeping. (See Exhibit C, Affidavit of Paul Genecin).

DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

5. On January 4, 2000, Rita Genecin signed a Deed of Gift in which she stated, "This letter is a Deed of Gift, in which I, Rita Genecin, hereby give, grant, convey and transfer all my right, title and interest in and to the item listed below to you, Paul Genecin, in fee simple, absolutely, without any reservation whatsoever..." (See Exhibit D).

6. This Deed of Gift was delivered to Paul Genecin.

7. Rita quitclaimed the interest in her Baltimore home to herself, Victor Genecin and Paul Genecin on January 12, 2000.

8. The transfer of the interest in the home was done so that Paul's ownership of the Lautrec and Victor's ownership of other artwork would not be disputed. (See Exhibit B, Deposition of Paul Genecin at p. 119; see also, Exhibit E).

9. Rita died in August of 2000, before Paul Genecin had the opportunity to bring the Lautrec to New Haven.

10. Rita Genecin often drafted Deeds of Gift to her children to convey her various pieces of art to her children prior to her children removing the artwork from her home. (See Exhibit B, Deposition of Paul Genecin at p. 122).

11. In the three years prior to her death, Rita Genecin gifted several pieces of art in this fashion:

> Deed of Gift from Rita Genecin from Paul Genecin dated January 4, 1999 conveying One Lithograph by Edvard Munch entitled "Das Wieb" (Die Sphinx), (See Exhibit F);

> Deed of Gift from Rita Genecin to Paul Genecin dated December 25, 1997 conveying One Lithograph by Jasper Johns entitled "Numbers," (See Exhibit G);

2

>Deed of Gift from Rita Genecin to Paul Genecin dated April 4, 1998 conveying One Lithograph by Jasper Johns entitled "Two Flags," (See Exhibit H);
>
>Deed of Gift from Rita Genecin to Paul Genecin dated May 6, 1998 conveying One Lithograph by Philip Pearlstein entitled, "Nude on Orange and Black Mexican Rug," (See Exhibit I);
>
>Deed of Gift from Rita Genecin to Paul Genecin dated January 4, 2000 conveying One wood cut print by Munakata, entitled, "The Hawk Woman," (See Exhibit J).

12. Rita Genecin maintained an IRA account at Charles Schwab prior to her death.

13. Rita Genecin executed three separate Designation of Beneficiary forms in connection with the IRA account. (See Exhibits O, Q and R).

14. Exhibits O, Q and R are all true and accurate copies of the Designation of Beneficiary forms received by Schwab.

15. Exhibit O and Exhibit Q are both dated October 8, 1998 and both were received by Schwab on October 20, 1998.

16. Exhibit R is dated October 6, 1998, is witnessed by Rita Genecin's attorney, and was received by Schwab on October 29, 1999, having been transmitted to Schwab by Rita Genecin's financial advisor with a letter dated October 25, 1999. (See Exhibit T).

17. Exhibit O was signed by Rita Genecin in pen and all of the blanks on the form, with the exception of the percentages to be distributed to each of her sons, were also filled out in pen. The percentage of benefits were pencilled-in on this form, with Victor Genecin to receive 60% and Paul Genecin to receive 40%.

18. There is no evidence to indicate that Rita Genecin placed the pencilled percentages on Exhibit O.

3

19. There is no evidence to indicate that the pencilled-in percentages on Exhibit O were placed there prior to Rita Genecin signing the form.

20. Both Exhibits Q and R were signed and dated by Rita Genecin. There is no pencilled-in provisions on those exhibits. Both of those exhibits provide that the IRA account is to be distributed per stirpes.

21. Exhibit R, which designates that the IRA be distributed "per stirpes", was the most recent designation of beneficiary received by Schwab from Rita Genecin. (See Exhibit A, Deposition of Victor Genecin at p. 31-32).

22. Prior to Rita Genecin's death, Victor Genecin believed that it was Rita Genecin's intent to distribute the IRA "per stirpes," i.e. 50% to each son. (See Exhibit A, Deposition of Victor Genecin at p. 60).

23. This is consistent with a September 29, 1998 letter from Max Blumenthal (who signed Exhibit R as a witness) in which he stated that Rita Genecin had executed a Beneficiary Designation form for her IRA account in which she designated her two sons "as beneficiaries in equal shares." (See Exhibit U).

24. Victor Genecin has acknowledged that he has no evidence to support the allegation in his complaint that Paul Genecin either altered or procured the alteration of one of the IRA Beneficiary Forms. (See Exhibit A, Deposition of Victor Genecin at p. 95).

THE DEFENDANT,
PAUL GENECIN

By _____
Patrick M. Noonan
(Fed. Bar #ct00189)
Brock T. Dubin
(Fed. Bar #ct18777)
Delaney, Zemetis, Donahue,
Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

David T. Grudberg
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503

Richard L. Mattiaccio, Esq.
Pavia & Harcourt
600 Madison Avenue
New York, NY 10022

Victor Genecin, Esq.
Pavia & Harcourt
600 Madison Avenue
New York, NY 10022

_____
Patrick M. Noonan