UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF RITA GENECIN, by VICTOR GENECIN, Personal Representative, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | NO.   3:01cv211 (MRK) |
| PAUL GENECIN and VICTOR GENECIN, in his individual capacity, | : : : | |
| Defendants. | : | |

**ORDER**

The Court having conferred telephonically with the parties on January 8, 2004 in the above-captioned matter, the following is hereby ordered:

1) The parties are released from the pre-trial conference scheduled for January 28, 2004 at 10:00 A.M. as well as the jury selection scheduled for February 3, 2004 at 9:30 A.M.;

2) The parties shall file their simultaneous oppositions to the Motions of Plaintiff Estate of Rita Genecin And Of Defendant Victor Genecin For Summary Judgment As To All Counts [doc. #56] and defendant Paul Genecin's Motion For Summary Judgment [doc. # 64] by **January 21, 2004**, and the simultaneous replies shall be filed no later than **February 3, 2004**;

3) An oral argument on the dispositive motions is scheduled for **February 23, 2004 at 4:00 P.M.**

IT IS SO ORDERED.

/s/       Mark R. Kravitz
          U.S.D.J.

Dated at New Haven, Connecticut: January 8, 2004.