UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ESTATE OF RITA GENECIN, by          :
VICTOR GENECIN, Personal            :
Representative,                     :
        Plaintiff,               :
                                    :    CIVIL NO.:01CV00211(MRK)
                                    :
                                    :
VS.                                 :
                                    :
PAUL GENECIN and VICTOR GENECIN,    :    JANUARY 21, 2004
in his individual capacity,         :
        Defendants.              :


## SUPPLEMENTAL DECLARATION


RICHARD L. MATTIACCIO declares the following:

1.   I am a member of the bar of the State of New York and am admitted *pro hac vice* in this matter.  I am a member of the law firm Pavia & Harcourt LLP, attorneys for Plaintiff Estate of Rita Genecin (the "Estate") by Victor Genecin, Personal Representative, and attorneys for Defendant Victor Genecin, in his individual capacity.

2.   I make this declaration in further support of the motions of the Estate and Victor Genecin for summary judgment and in opposition to the motion for summary judgment of defendant Paul Genecin.

P&H - 348465.1 :99999/480

3.    Submitted herewith are the following additional deposition excerpts to which reference is made in the accompanying Local Rule 56(a)(2) Statement and Memorandum of Law of the Plaintiff the Estate and Defendant Victor Genecin in his individual capacity:

Pages 45-48 from the Deposition of Paul Genecin

Pages 35-50, 93-95 from the Deposition of Victor Genecin.

4.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2004, in New York, New York.

_____
RICHARD L. MATTIACCIO,
ct24592