UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF RITA GENECIN, by<br>VICTOR GENECIN, Personal<br>Representative,<br>    Plaintiff, | :<br>:<br>:<br>:<br>: | Civil No. 3:01CV00211(MRK) |
| VS. | : | |
| PAUL GENECIN and VICTOR GENECIN,<br>in his individual capacity,<br>    Defendants. | :<br>:<br>: | January 21, 2004 |

Please take notice that the defendant, Paul Genecin has manually filed the following document:

Defendant Paul Genecin's Reply to Plaintiff's Motion for Summary Judgment.

This document has not been filed electronically because:

[X]   the document cannot be converted to an electronic format (This office does not yet have the ability to convert to Adobe to format to a disk.)

[ ]   the electronic file size of the document exceeds 1.5 megabytes

[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57b

[ ]   Plaintiff/Defendant is excused from filing this document by Court order.

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438