UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ESTATE OF RITA GENECIN, by
VICTOR GENECIN, Personal
Representative,
    Plaintiff,

Civil No. 3:01CV00211(MRK)

VS.

PAUL GENECIN and VICTOR GENECIN,
in his individual capacity,
    Defendants.

JANUARY 28, 2004

## AFFIDAVIT OF VICTORIA MORROW

I, Victoria Morrow, being duly sworn, deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I reside in New Haven, Connecticut.

3. I am married to Dr. Paul Genecin, son of Rita Genecin, and I knew Rita Genecin for 22 years prior to her death.

4. Over that time I have had occasion to become familiar with Rita Genecin's handwriting and her signature. Having seen Rita Genecin's signature and handwriting on dozens of documents including, checks, recipes, calendars and notes, I am able to recognize her signature.

5. Attached hereto as Exhibit A is a Deed of Gift dated January 4, 2000 conveying Lautrec's "La Chariot Anglais". I hereby attest that the signature thereon is Rita Genecin's.

6. Attached hereto as Exhibit B is a Deed of Gift dated January 4, 1999 from Rita Genecin to Paul Genecin conveying Munch's "Das Wieb". I hereby attest that the signature thereon is Rita Genecin's.

7. Attached hereto as Exhibit C is a Deed of Gift dated December 25, 1997 from Rita Genecin to Paul Genecin conveying Johns' "Numbers". I hereby attest that the signature thereon is Rita Genecin's.

8. Attached hereto as Exhibit D is a Deed of Gift dated April 4, 1998 from Rita Genecin to Paul Genecin conveying Johns' "Two Flags". I hereby attest that the signature thereon is Rita Genecin's.

9. Attached hereto as Exhibit E is a Deed of Gift dated May 6, 1998 from Rita Genecin to Paul Genecin conveying Pearlstein's "Nude on Orange and Black Mexican Rug". I hereby attest that the signature thereon is Rita Genecin's.

10. Attached hereto as Exhibit F is a Deed of Gift dated January 4, 2000 from Rita Genecin to Paul Genecin conveying Munakata's "The Hawk Woman". I hereby attest that the signature thereon is Rita Genecin's.

11. Attached hereto as Exhibit G is a Deed of Gift dated January 6, 2000 from Rita Genecin to Paul Genecin granting a one-fifteenth interest in the Lautrec. I hereby attest that the signature thereon is Rita Genecin's.

12. Attached hereto as Exhibit H is a Deed of Gift dated January 6, 2000 from Rita Genecin to Victoria Morrow granting a one-fifteenth interest in the Lautrec. I hereby attest that the signature thereon is Rita Genecin's.

13. Attached hereto as Exhibit I is a Deed of Gift dated January 6, 2000 from Rita Genecin to Samuel Genecin granting a one-fifteenth interest in the Lautrec. I hereby attest that the signature thereon is Rita Genecin's.

14. Attached hereto as Exhibit J is a Deed of Gift dated January 6, 2000 from Rita Genecin to Gregory Genecin granting a one-fifteenth interest in the Lautrec. I hereby attest that the signature thereon is Rita Genecin's.

15. Attached hereto as Exhibit K is an October 8, 1998 IRA Application." I hereby attest that the signature thereon is Rita Genecin's.

16. Attached hereto as Exhibit L is an October 8, 1998 document captioned "Rita Genecin IRA Beneficiary Designation." I hereby attest that the signature thereon is Rita Genecin's.

17. Attached hereto as Exhibit M is an October 6, 1998 document captioned "Rita Genecin IRA Beneficiary Designation." ". I hereby attest that the signature thereon is Rita Genecin's.

*Victoria Morrow*
Victoria Morrow, M.D.

Subscribed and sworn to me this \_\_29th\_\_ day of \_January\_, 2004.

*Deborah J. Hackett*
Notary Public

**DEBORAH J. HACKETT**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JUNE 30, 2008

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

David T. Grudberg
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange street
P.O. Box 606
New Haven, CT 06503

Richard L. Mattiaccio, Esquire
Pavia & Harcourt
600 Madison Avenue
New York, NY 10022

Victor Genecin, Esq.
Pavia & Harcourt
600 Madison Avenue
New York, NY 10022

Patrick M. Noonan

4