UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ESTATE OF RITA GENECIN, by        :
VICTOR GENECIN, Personal        :
Representative,        :
       Plaintiff,        :        Civil No. 3:01CV00211(MRK)
       :
VS.        :
       :
PAUL GENECIN and VICTOR GENECIN,        :
in his individual capacity,        :
       Defendants.        :        JANUARY 28, 2004

## AFFIDAVIT OF PAUL GENECIN

I, Paul Genecin, being duly sworn, deposes and says:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I am a defendant in the above-referenced matter.

3. I reside in New Haven, Connecticut.

4. I am Rita Genecin's son, having known her for 45 years prior to her death.

5. Over that time I have had occasion to become familiar with Rita Genecin's handwriting and her signature. Having seen her signature on hundreds of documents, including letters, cards, notes and checks, I am able to recognize her signature.

6. Attached hereto as Exhibit A is a Deed of Gift dated January 4, 2000 conveying Lautrec's "La Chariot Anglais". I hereby attest that the signature thereon is Rita Genecin's.

7. Attached hereto as Exhibit B is a Deed of Gift dated January 4, 1999 from Rita Genecin to Paul Genecin conveying Munch's "Das Wieb". I hereby attest that the signature thereon is Rita Genecin's.

**DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

8.    Attached hereto as Exhibit C is a Deed of Gift dated December 25, 1997 from Rita Genecin to Paul Genecin conveying Johns' "Numbers". I hereby attest that the signature thereon is Rita Genecin's.

9.    Attached hereto as Exhibit D is a Deed of Gift dated April 4, 1998 from Rita Genecin to Paul Genecin conveying Johns' "Two Flags". I hereby attest that the signature thereon is Rita Genecin's.

10.   Attached hereto as Exhibit E is a Deed of Gift dated May 6, 1998 from Rita Genecin to Paul Genecin conveying Pearlstein's "Nude on Orange and Black Mexican Rug". I hereby attest that the signature thereon is Rita Genecin's.

11.   Attached hereto as Exhibit F is a Deed of Gift dated January 4, 2000 from Rita Genecin to Paul Genecin conveying Munakata's "The Hawk Woman". I hereby attest that the signature thereon is Rita Genecin's.

12.   Attached hereto as Exhibit G is a Deed of Gift dated January 6, 2000 from Rita Genecin to Paul Genecin granting a one-fifteenth interest in the Lautrec. I hereby attest that the signature thereon is Rita Genecin's.

13.   Attached hereto as Exhibit H is a Deed of Gift dated January 6, 2000 from Rita Genecin to Victoria Morrow granting a one-fifteenth interest in the Lautrec. I hereby attest that the signature thereon is Rita Genecin's.

14.   Attached hereto as Exhibit I is a Deed of Gift dated January 6, 2000 from Rita Genecin to Samuel Genecin granting a one-fifteenth interest in the Lautrec. I hereby attest that the signature thereon is Rita Genecin's.

15.   Attached hereto as Exhibit J is a Deed of Gift dated January 6, 2000 from Rita Genecin to Gregory Genecin granting a one-fifteenth interest in the Lautrec. I hereby attest that the signature thereon is Rita Genecin's.

16.   Attached hereto as Exhibit K is an October 8, 1998 IRA Application. I hereby attest that the signature thereon is Rita Genecin's.

17.   Attached hereto as Exhibit L is an October 8, 1998 document captioned "Rita Genecin IRA Beneficiary Designation." I hereby attest that the signature thereon is Rita Genecin's.

18.   Attached hereto as Exhibit M is an October 6, 1998 document captioned "Rita Genecin IRA Beneficiary Designation." I hereby attest that the signature thereon is Rita Genecin's.

Paul Genecin, M.D.


Subscribed and sworn to me this _29th_ day of _January_, 2004.


Notary Public

**DEBORAH J. HACKETT**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JUNE 30, 2008

3