(cvmhrg January 10, 2002)

TOTAL TIME: 1 hours 50 minutes    DEPUTY CLERK K. Ghilard    HONORABLE M.R. Krautz    RPTR/ERO/TAPE Thea

DATE Feb 23, 2004    START TIME 1:00    END TIME 5:50

LUNCH RECESS FROM _____ TO _____

Genecin    RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:01cv211mrk

§
§                                        David T. Grudberg
vs.    §                                 Richard L. Mattiaccto
§
§                                         Plaintiffs Counsel
Genecin et al    §    ☐ SEE ATTACHED CALENDAR FOR COUNSEL

Patrick M. Noonan
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing      ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing         ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ ....#56 | Motion | For Summary Judgment | ☐ granted | ☑ denied | ☐ advisement |
| ☑ ....#64 | Motion | For Summary Judgment | ☐ granted | ☑ denied | ☐ advisement |
| ☐ ....# | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....# | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due

| | | | |
|---|---|---|---|
| ☐ .... | | ☐ filed | ☐ docketed |
| ☐ .... | | ☐ filed | ☐ docketed |
| ☐ .... | | ☐ filed | ☐ docketed |
| ☐ .... | | ☐ filed | ☐ docketed |
| ☐ .... | | ☐ filed | ☐ docketed |
| ☐ .... | | ☐ filed | ☐ docketed |
| ☐ .... | | ☐ filed | ☐ docketed |
| ☐ .... | | ☐ filed | ☐ docketed |
| ☐ .... | | ☐ filed | ☐ docketed |

☐ .... Hearing continued until _____ at _____