UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF RITA GENECIN, by VICTOR GENECIN, Personal Representative, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | NO.    3:01cv211 (MRK) |
| PAUL GENECIN and VICTOR GENECIN, in his individual capacity, | : : : | |
| Defendants. | : | |

**NOTICE**

Having not heard from the parties despite placing several telephone calls, the Court hereby sets the following schedule for trial in this case:

1. The parties shall file their Joint Trial Memorandum on or before **May 10, 2004**.

2. The Court will hold a telephonic final pretrial conference on **May 19, 2004 at 4:30 p.m.** Trial counsel for both parties are required to participate and counsel for plaintiff should initiate the telephone call to 203-773-2022.

3. Parties should be prepared to commence trial on **May 26, 2004 at 9:30 a.m.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut:  April 15, 2004.