UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ESTATE OF RITA GENECIN, by
VICTOR GENECIN, Personal
Representative,
       Plaintiff,

CIVIL NO. 3:01CV00211(MRK)

VS.

PAUL GENECIN and VICTOR GENECIN,
in his individual capacity,
       Defendants.

MAY 7, 2004

## MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM

The parties to this action request an extension of time of three days, to and including May 13, 2004 to file their Joint Trial Memorandum in this action. Counsel for all parties jointly notified the Court's chambers of this request by telephone on May 6, 2004.

The Joint Trial Memorandum is presently due on May 10, 2004. The additional time is necessary because the parties need additional time to consider stipulated facts and because plaintiff has not yet received the exhibits defendant Paul Genecin intends to offer so that it can include its objections, if, in the Joint Trial Memorandum.

Although signed by counsel for Plaintiff and Defendant Victor Genecin, in his individual capacity, this motion is being filed with the knowledge and consent of Patrick M. Noonan, Esq. counsel for Defendant Paul Genecin.

THE PLAINTIFF,
ESTATE OF RITA GENECIN, and DEFENDANT
VICTOR GENECIN, in his individual capacity

By _____
David L. Belt (ct 04274)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
New Haven, CT  06503
Tel.:(203) 772-3100
Fax:(203) 772-1691
Email: dbelt@jacobslaw.com
Their attorney

## Certification

The undersigned hereby certifies that a copy of the foregoing motion was mailed first class, postage prepaid, on May 7, 2004 to:

Patrick M. Noonan
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
741 Boston Post Rd.
Guilford, CT 06437

_____
David L. Belt