# United States District Court
## DISTRICT OF CONNECTICUT

ESTATE OF RITA GENECIN by
VICTOR GENECIN, Personal
Representative

## APPEARANCE

v

PAUL GENECIN and VICTOR GENECIN, in
his individual capacity

**CASE NUMBER: 3:01CV00211 (MRK)**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Estate of Rita Genecin and Defendant Victor Genecin in his individual capacity

May 7, 2004
Date

Signature

David L. Belt (ct04274)
Print Name

350 Orange Street/P.O. Box 606
Address

| New Haven, | Connecticut | 06503 |
|---|---|---|
| City | State | Zip Code |

(203) 772-3100        (203) 772-1691
Phone Number         Fax Number
e-mail: dbelt@jacobslaw.com

## Certification

The undersigned hereby certifies that a copy of the foregoing Appearance was mailed first class, postage prepaid, on May 7, 2004 to:

Patrick M. Noonan
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
741 Boston Post Rd.
Guilford, CT 06437

_____
David L. Belt

## Certification

The undersigned hereby certifies that a copy of the foregoing Appearance was mailed first class, postage prepaid, on May 7, 2004 to:

Patrick M. Noonan
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
741 Boston Post Rd.
Guilford, CT 06437