UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF RITA GENECIN, by VICTOR GENECIN, Personal Representative, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | NO.   3:01cv211 (MRK) |
| PAUL GENECIN and VICTOR GENECIN, in his individual capacity, | : : : | |
| Defendants. | : | |

**ORDER**

The Motion For Extension Of Time To File Joint Trial Memorandum [doc. # 82], dated May 7, 2004, is hereby GRANTED.  The parties shall file their Joint Trial Memorandum on or before **May 13, 2004**.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
                    U.S.D.J.

Dated at New Haven, Connecticut:  May 11, 2004.