UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF RITA GENECIN, by VICTOR GENECIN, Personal Representative,<br>       Plaintiff, | :<br>:<br>:<br>: |
| | :     CIVIL NO. 3:01CV00211(MRK) |
| VS. | :<br>: |
| PAUL GENECIN and VICTOR GENECIN, in his individual capacity,<br>       Defendants. | :     MAY 13, 2004<br>:<br>: |

### MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM

Plaintiff and Defendant Victor Genecin to this action request an extension of time of one day, to and including May 14, 2004 to file the Joint Trial Memorandum in this action.

The Joint Trial Memorandum is presently due on May 13, 2004.  Counsel for Plaintiff and Defendant Victor Genecin has undertaken to compile the materials submitted by all parties into the Joint Trial Memorandum.  However counsel for Plaintiff and Defendant Victor Genecin did not receive Defendant Victor Genecin's portions and exhibits until May 11, 2004 and an additional exhibit was received on May 13, 2004.  Counsel for Plaintiff added three additional exhibits on May 13, 2004.  In addition, although the Joint Trial Memorandum is now virtually compiled, Mr. Noonan is away from his office and will not be able to review it today.

The reason for this request is to allow time for counsel for Defendant Paul Genecin to review the Joint Trial Memorandum before it is filed.

2

        THE PLAINTIFF,
        ESTATE OF RITA GENECIN, and DEFENDANT
        VICTOR GENECIN, in his individual capacity

        By /s/ David L. Belt_____
              David L. Belt (ct 04274)
              JACOBS, GRUDBERG, BELT & DOW, P.C.
              350 Orange Street
              New Haven, CT  06503
              Tel.:(203) 772-3100
              Fax:(203) 772-1691
              Email: dbelt@jacobslaw.com
              Their attorney

3

**Certification**

The undersigned hereby certifies that a copy of the foregoing motion was mailed first class, postage prepaid, on May 13, 2004 to:

Patrick M. Noonan
Delaney, Zemetis, Donahue, Durham & Noonan, P.C.
741 Boston Post Rd.
Guilford, CT 06437

/s/ David L. Belt
David L. Belt