UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF RITA GENECIN, by VICTOR GENECIN, Personal Representative, : : : : | |
| Plaintiff, : : | |
| v. : : | NO.   3:01cv211 (MRK) |
| PAUL GENECIN and VICTOR GENECIN, in his individual capacity, : : : | |
| Defendants. : | |

**ORDER**

The Motion For Extension Of Time To File Joint Trial Memorandum [doc. # 89], dated May 13, 2004, is hereby GRANTED *nunc pro tunc*. The parties shall file their Joint Trial Memorandum on or before **May 14, 2004**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut:  May 18, 2004.