# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF RITA GENECIN, by | : | |
| VICTOR GENECIN, Personal | : | |
| Representative, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.    3:01cv211 (MRK) |
| | : | |
| PAUL GENECIN and VICTOR GENECIN, | : | |
| in his individual capacity, | : | |
| | : | |
| Defendants. | : | |

---

## NOTICE TO COUNSEL

Having offered the parties several dates for continuance of trial (June 14-15, July 20-23, and the week of August 23), none of which were acceptable to both sides, the Court hereby sets **September 23 and 24** for the continuance of trial in this case unless counsel already have trials scheduled on these dates, in which case the Court should be notified immediately.  If any other dates should become available prior to September 23, the Court will notify the parties to ascertain their availability.

IT IS SO ORDERED.


/s/           Mark R. Kravitz
United States District Judge


Dated at New Haven, Connecticut:  June 9, 2004.