# United States District Court

DISTRICT OF ____Court____

Genecin
v.
Genecin, et al

EXHIBIT AND ~~WITNESS LIST~~

CASE NUMBER: 3:01cv211 MRK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | David L. Belt | Patrick M. Noonan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/26/04-5/28/04 + 11/22/04 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/26/04 | | ✓ | #1 Letter Dated 5/20/04 |
| | | 5/26/04 | | ✓ | #2 Letter Dated 5/24/04 |

FILED 2004 NOV 23 A 2 12 U.S. DISTRICT COURT NEW HAVEN, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages