UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ESTATE OF RITA GENECIN, by
VICTOR GENECIN, Personal
Representative,
    Plaintiff,

VS.

PAUL GENECIN and VICTOR GENECIN,
in his individual capacity,
    Defendants.

Civil No. 3:01CV00211(MRK)

MAY 25, 2004

## DEFENDANT'S LIST OF EXHIBITS

The defendant intends to use the following exhibits:

*Full 5/28*    501.    Deed of Gift dated 1/4/00 from Rita Genecin to Dr. Paul Genecin of signed lithograph by Henri de Toulouse-Lautrec, entitled La Chariot Anglais

*Full 5/28*    502.    Correspondence from Marc J. Hertzberg to Max E. Blumenthal, Esquire dated 9/12/00

*Full 5/28*    503.    Deed of Gift dated 1/4/99 from Rita Genecin to Dr. Paul Genecin of one lithograph by Edvard Munch entitled "Das Wieb" (Die Sphinx)

*Full 5/28*    504.    Deed of Gift dated 12/25/97 from Rita Genecin to Dr. Paul Genecin of one lithograph by Jasper Johns (American, b. 1930), entitled "Numbers"

*Full 5/28*    505.    Deed of Gift dated 4/4/98 from Rita Genecin to Dr. Paul Genecin of One Lithograph by Jasper Johns (American, b. 1930), entitled "Two Flags"

*Full 5/28*    506.    Deed of Gift dated 5/6/98 from Rita Genecin to Dr. Paul Genecin of One Lithograph by Philip Pearlstein (American, b. 1924), entitled "Nude on Orange and Black Mexican Rug"

DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, P.C.
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

Case 3:01-cv-00211-MRK   Document 103   Filed 11/23/2004   Page 2 of 3

*Full 5/28* 507. Deed of Gift dated 1/4/00 from Rita Genecin to Dr. Paul Genecin of one wood cut print by Munakata, entitled "The Hawk Woman"

508. Charles Schwab Risk Management & Investigations Interview Case Summary dated 1/19/01

*Full 5/26* 509. Correspondence from Marc Hertzberg to Charles Schwab & Co., Inc. dated 10/25/99 Re: Rita Genecin IRA, Account #3615-9557

*amitted 5/24/04* 510. Correspondence from Max E. Blumenthal to Rita Genecin and Daniel E. Wagner dated 9/29/98

*Full 5/28/04* 511. Checks bearing Rita Genecin's signature

*Full* 512. Correspondence from Max E. Blumenthal to Daniel E. Wagner dated 9/8/00

*Full 5/26* 513. Correspondence from Max E. Blumenthal to Daniel E. Wagner dated 10/19/98

*Full 5/26* 514. Correspondence from Daniel E. Wagner and Marc J. Hertzberg to Victor Genecin, Esq. and Paul Genecin, M.D. dated 12/6/00

          THE DEFENDANT,
          PAUL GENECIN

          By _____
          Patrick M. Noonan
          Delaney, Zemetis, Donahue,
          Durham & Noonan, P.C.
          741 Boston Post Road
          Guilford, CT 06437
          (203)458-9168

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

David T. Grudberg, Esquire
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503

Richard L. Mattiaccio, Esquire
Pavia & Harcourt
600 Madison Avenue
New York, NY 10022

Victor Genecin, Esquire
Pavia & Harcourt
600 Madison Avenue
New York, NY 10022

_____
Patrick M. Noonan