UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF RITA GENECIN, by<br>VICTOR GENECIN, Personal<br>Representative,<br>    Plaintiff, | :<br>:<br>:<br>:<br>: CIVIL NO. 3:01CV00211(MRK) |
| VS. | : |
| PAUL GENECIN and VICTOR GENECIN,<br>in his individual capacity,<br>    Defendants. | :<br>: MAY 21, 2004<br>: |

## LIST OF TRIAL EXHIBITS

**Plaintiff's Exhibits:**

PX 1. Local Rule 56(a) 1 Statement of Plaintiff Estate of Rita Genecin and of Defendant Victor Genecin In His Individual Capacity dated December, 2003, preamble and paragraphs 1-12, 19-22.

PX 2. Defendant's Local Rule 56(A)2 Statement dated January 21, 2004, preamble and paragraphs 1-12, 19-22.

PX 3. Complaint in Estate of Rita Genecin v. Paul Genecin, et al, Civil No. 301 CV 00211, dated February 9, 2001, paragraphs: 1-3, 7-10, 12-14, 16.

PX 4. Answer to Complaint in Estate of Rita Genecin v. Paul Genecin, et al, Civil No. 301 CV 00211, dated September 20, 2001, paragraphs: 1-3, 7-10, 12-14, 16.

Full 5/26/04 PX 5. Writing dated January 6, 2000 and executed January 12, 2000 by Rita Genecin gifting a 1/15th interest in a piece of art by Henri de Toulouse-Lautrec called *Partie de campagne* to Paul Genecin.

Full 5/26/04 PX 6. Writing dated January 6, 2000 and executed January 12, 2000 by Rita Genecin gifting a 1/15th interest in a piece of art by Henri de Toulouse-Lautrec called *Partie de campagne* to Victoria Morrow.

Full 5/24/04 PX 7. Writing dated January 6, 2000 and executed January 12, 2000 by Rita Genecin gifting a 1/15th interest in a piece of art by Henri de Toulouse-Lautrec called *Partie de campagne* to Samuel Genecin.

Full 5/24/04 PX 8. Writing dated January 6, 2000 and executed January 12, 2000 by Rita Genecin gifting a 1/15th interest in a piece of art by Henri de Toulouse-Lautrec called *Partie de campagne* to Gregory Genecin.

Full 5/26/04 PX 9. Deed by Rita G. Genecin to Rita G. Genecin, Paul Genecin and Victor Genecin executed January 12, 2000.

Full 5/27/04 PX 10. Last Will and Testament of Rita Genecin dated July 18, 1995 and First Codicil to the Last Will and Testament of Rita Genecin executed January 12, 2000.

Full 5/27/04 PX 11. Portion of insurance policy No. 11980768-01 issued by Chubb (Vigilant Insurance Company) to Estate of Rita Genecin c/o Paul Genecin effective 8/11/00 listing pieces of Fine Arts including a lithograph by Henri de Toulouse-Lautrec called "*Partie de campagne*."

Full exh 5/27/04 PX 12. Facsimile from Paul Genecin to Victor Genecin dated September 11, 2000 enclosing Insurance Bill from Chubb to Estate of Rita Genecin.

PX 13. Local Rule 56(a) 1 Statement of Plaintiff Estate of Rita Genecin and of Defendant Victor Genecin In His Individual Capacity dated December, 2003, preamble and paragraphs 13-18, 23-39, 41-42.

PX 14. Defendant's Local 56(A)2 Statement dated January 21, 2004, preamble and paragraphs 13-18, 23-39, 41-42.

PX 15. Complaint in Estate of Rita Genecin v. Paul Genecin, et al, Civil No. 301 CV 00211, dated September 20, 2001, paragraphs 34-39, 41-48, 51.

PX 16. Answer to Complaint in Estate of Rita Genecin v. Paul Genecin, et al, Civil No. 301 CV 00211, dated September 20, 2001, paragraphs: 34-39, 41-48, 51.

PX 17. Transcript of Deposition of Paul Genecin on June 2, 2003, pages:

p. 7, lines 1-7
p. 25, lines 23 through p. 26, line 22
p. 27, lines 6-10
p. 28, line 2 through p. 31, line 13

        p. 35, line 12 through p. 38, line 2
        p. 61, line 8 through p. 62, line 18
        p. 62, line 19 through p. 65, line 8
        p. 78, line 22 through p. 88, line 25
        p. 89, line 7 through 95, line 6
        p. 95, line 19 through p. 98, line 18
        p. 101, line 16 through p. 108, line 2
        p. 109, line 2 through p. 117, line 18
        p. 118, line 18 through p. 119, line 8
        Signature page dated July 28, 2003

      Plaintiff takes the position that, pursuant to the Maryland Dead Man's Statute, Md. Code Cts. & Jud. Proc. art. § 9-116, Victoria R. Morrow, the wife of Defendant Paul Genecin, may not be permitted to testify in this action concerning any transaction between Rita Genecin and her husband, Defendant Paul Genecin, or any statement made by Rita Genecin. If, however, the court, notwithstanding the objection of Plaintiff, permits Victoria R. Morrow to testify concerning transactions between her husband, Paul Genecin, and Rita Genecin concerning, inter alia, the alleged gift to him of the lithograph by Henri de Toulouse-Lautrec called *Partie de campagne*, Plaintiff reserves the right to offer into evidence in rebuttal and without waiving its objections, all or part of the following exhibits:

      PX 18. Plaintiff's Local Rule 56(a)1 Statement by Plaintiff Estate of Rita Genecin and of Defendant Victor Genecin In His Individual Capacity in Estate of Rita Genecin v. Paul Genecin, et al, Civil No. 301 CV 00211, dated December 2003, paragraphs: 51 and 52.

      PX 19. Defendant's Local 56(A) 2 Statement in Estate of Rita Genecin v. Paul Genecin, et al, Civil No. 301 CV 00211, dated January 21, 2004, paragraphs: 51 and 52.

      PX 20. Copy of e-mail dated November 23, 2003 from Victoria R. Morrow to Max Blumenthal, Esq.

      PX 21. E-mail from Victoria R. Morrow to Richard L. Mattiaccio, Esq. dated November 16, 2003.

Full 5/20/04 PX 22. Appraisal dated June 8, 1998 from Conrad Graeber including an appraisal of *Partie de campagne* by Henri de Toulouse-Lautrec (From PX D to deposition of Paul Genecin).

Plaintiff takes the position that, pursuant to the Maryland Dead Man's Statute, Md. Code Cts. & Jud. Proc. art. 1, § 9-116, defendant Paul Genecin, may not be permitted to testify in this action concerning any transaction with or statement made by Rita Genecin. If, however, the court, notwithstanding the objection of Plaintiff, permits Defendant Paul Genecin to testify concerning transactions between him and Rita Genecin, inter alia, concerning the alleged gift to him of the lithograph by Henri de Toulouse-Lautrec called *Partie de campagne*, Plaintiff reserves the right to offer into evidence in rebuttal and without waiving its objections, all or part of the following exhibits:

PX 23. Letter from Gerald P. Martin to Douglas M. Lehman sent by facsimile on December 24, 2000.

PX 24. Facsimile from Paul Genecin to Max Blumenthal dated September 5, 2000 enclosing note from Paul Genecin to Max Blumenthal dated September 5, 2000 and purported letter from Rita Genecin dated January 4, 2000.

In addition, Plaintiff reserves the right to introduce portions of the transcript of the deposition of any witness who has been deposed and who testified at trial in connection with the cross-examination of that witness.

**Exhibits of Defendant Paul Genecin:**

DX 501. Deed of Gift dated 1/4/00 from Rita Genecin to Dr. Paul Genecin of signed lithograph by Henri de Toulouse-Lautrec, entitled La Chariot Anglais

DX 502. Correspondence from Marc J. Hertzberg to Max E. Blumenthal, Esquire dated 9/12/00

DX 503. Deed of Gift dated 1/4/99 from Rita Genecin to Dr. Paul Genecin of one lithograph by Edvard Munch entitled "Das Wieb" (Die Sphinx)

DX 504. Deed of Gift dated 12/25/97 from Rita Genecin to Dr. Paul Genecin of one lithograph by Jasper Johns (American, b. 1930), entitled "Numbers"

DX 505. Deed of Gift dated 4/4/98 from Rita Genecin to Dr. Paul Genecin of One Lithograph by Jasper Johns (American, b. 1930), entitled "Two Flags"

DX 506. Deed of Gift dated 5/6/98 from Rita Genecin to Dr. Paul Genecin of One Lithograph by Philip Pearlstein (American, b. 1924), entitled "Nude on Orange and Black Mexican Rug"

4

DX 507. Deed of Gift dated 1/4/00 from Rita Genecin to Dr. Paul Genecin of one wood cut print by Munakata, entitled "The Hawk Woman"

DX 508. Charles Schwab Risk Management & Investigations Interview Case Summary dated 1/19/01

DX 509. Correspondence from Marc Hertzberg to Charles Schwab & Co., Inc. dated 10/25/99 Re: Rita Genecin IRA, Account #3615-9557

DX 510. Correspondence from Max E. Blumenthal to Rita Genecin and Daniel E. Wagner dated 9/29/98

DX 511. Checks bearing Rita Genecin's signature

DX 512. Correspondence from Max E. Blumenthal to Daniel E. Wagner dated 9/8/00

**Exhibits of Defendant Victor Genecin, in his individual capacity:**

DX 601. Local Rule 56(a)1 Statement of Plaintiff Estate of Rita Genecin and of Defendant Victor Genecin In His Individual Capacity dated December, 2003, preamble and paragraphs 43-45, 53-55, 61-65, 72-73.

DX 602. Defendant's Local 56(A) 2 Statement dated January 21, 2004, paragraphs 43-45, 53-55, 61-65, 72-73.

DX 603. Defendant's Local Rule 56(a)(1) Statement dated December 31, 2003, paragraphs 12-17, 20.

DX 604. Local Rule 56(a)2 Statement of Plaintiff Estate of Rita Genecin and of Defendant Victor Genecin In His Individual Capacity dated January 21, 2003, paragraphs 12-17, 20.

DX 605. Complaint in Estate of Rita Genecin v. Paul Genecin, et al, Civil No. 301 CV 0021, dated February 9, 2001 paragraph 18.

DX 606. Answer in Estate of Rita Genecin v. Paul Genecin, et al, Civil No. 301 CV 0021, dated September 20, 2001, paragraph 18.

Full 5/20/04 DX 607. Schwab IRA Application for account no. BL-3615-9557 by Rita Genecin dated October 8, 1998.

5

F        DX 608.  Rita Genecin IRA Beneficiary Designation dated Oct. 8, 1998.

F        DX 609.  Letter dated October 19, 1998 from Max E. Blumenthal, Esq. to Daniel E. Wagner.

F        DX 610.  Rita Genecin IRA Beneficiary Designation dated October 6, 1998.

F        DX 611.  IRA Beneficiary Designation Supplement dated October 21, 1999.

F        DX 612.  Letter from Marc Hertzberg to Charles Schwab & Co., Inc. dated October 25, 1999 enclosing Rita Genecin IRA Beneficiary Designation dated October 6, 1998 and IRA Beneficiary Designation Supplement dated October 21, 1999.

In addition, Defendant Victor Genecin, in his individual capacity reserves the right to introduce portions of the transcript of the deposition of any witness who has been deposed and who testified at trial in connection with the cross-examination of that witness.