# United States District Court

Genecin                                              DISTRICT OF   Connecticut

v.                                                    EXHIBIT ~~AND WITNESS~~ LIST

Genecin, et al                                        CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | David L. Belt | Patrick M. Noonan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/26/04 - 5/28/04 + 11/22/04 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 607A | 5/26/04 |  | ✓ | 607A Original Schwab Application |
| 22 |  | 5/26/04 |  | ✓ | Appraisal Dated 6/8/98 |
|  | 510 | 5/26/04 |  | ✓ | Correspondence from Max Blumenthal 9/29/98 |
|  | 513 | 5/26/04 |  | ✓ | Letter to Wagner from Blumenthal 9/8/00 |
|  | 514 | 5/26/04 |  | ✓ | Letter from Wagner to Hertzberg 12/6/2000 |
|  | 515 | 5/26/04 |  | ✓ | Affidavit of Daniel E. Wagner |
|  | 516 | 5/26/04 |  | ✓ | Affidavit of Carol N. Sullivan |
|  | 607B | 5/26/04 |  | ✓ | File Copy Schwab Application |
|  | 517 | 5/27/04 |  | ✓ | Affidavit of Marc J. Hertzberg |
|  | 518 | 5/27/04 |  | ✓ | Joint trial Memorandum 5/14/04 |
| 25 |  | 5/28/04 |  | ✓ | Email 10/10/2000 Fm Dr. P. Genecin to V. Genecin |
| 26 |  | 11/22/04 |  | ✓ F | Packet of Document Titled Def. ans + obj. |
| 27 |  | 11/22/04 |  | ✓ | Items Transferred to Rita by Deed of Gift |
| 28 |  | 11/22/04 | ID |  | Letter 1/8/2000 |
| 29 |  | 11/22/04 |  | full ✓ | Insurance Policies |
| 30 |  | 11/22/04 |  | F ✓ | Ans. to Pla. Interrogatories |
| 31 |  | 11/22/04 | ID |  | Letter Dated 12/22/2000 |
| 5A |  | 11/22/04 |  | F ✓ | Original writing Statement of Rita Genecin |
| 6A |  | 11/22/04 |  | F ✓ | " " " " " " |
| 7A |  | 11/22/04 |  | F ✓ | " " " " " " |
| 8A |  | 11/22/04 |  | F ✓ |  |
|  | 501A | 11/22/04 |  | F ✓ | Original Letter Dated 1/4/2000 To Paul Genecin from Rita Genecin Toulouse-Lautrec |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Genecin | vs. | Genecin, et al | CASE NO. 3:01CV211 MRK |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 501B | | 11/22/04 | | F V | (copy) Letter dated 1/4/2000 to Paul Genecin By Rita Genecin Toulouse-Lautrec (copy) |
| 503A | | 11/22/04 | | F V | (original) Letter dated 1/4/1999 to Paul Genecin By Rita Genecin |
| 504A | | 11/22/04 | | F V | original Letter dated 12/25/1997 to Paul Genecin By Rita Genecin |
| 504B | | 11/22/04 | | F V | copy Letter dated 12/25/1997 to Paul Genecin By Rita Genecin |
| 505A | | 11/22/04 | | F V | (original) Letter dated 4/4/1998 to Paul Genecin By Rita Genecin |
| 505B | | 11/22/04 | | F V | (copy) Letter dated 4/4/1998 to Paul Genecin By Rita Genecin |
| 506A | | 11/22/04 | | F V | (original) Letter dated 5/6/1998 to Paul Genecin By Rita Genecin |
| 506B | | 11/22/04 | | F V | (copy) Letter dated 5/6/1998 to Paul Genecin By Rita Genecin |
| 507A | | 11/22/04 | | F V | (original) Letter dated 1/4/2000 to Paul Genecin By Rita Genecin Munakata |
| 507B | | 11/22/04 | | F V | (copy) Letter dated 1/4/2000 to Paul Genecin By Rita Genecin Munakata |

FILED 2004 NOV 23 A 2:12 U.S. DISTRICT COURT NEW HAVEN, CT

Page _____ of _____ Pages