AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

Genecin _____ DISTRICT OF Connecticut

v.

~~EXHIBIT~~ AND WITNESS LIST

Genecin, et al

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | David L. Belt | Patrick M. Noonan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/26/04 – 5/28/04 + 11/22/04 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 5/26/04 |  |  | Daniel E. Wagner |
|  |  | 5/26/04 |  |  | Carol N. Sullivan |
|  |  | 5/27/04 |  |  | Marc J. Hertzberg |
|  |  | 5/27/04 |  |  | Victor Genecin |
|  |  | 5/27/04 |  |  | Marion Mulrine |
|  |  | 5/27/04 |  |  | Nuvi Sherlock |
|  |  | 5/27/04 |  |  | Gregory Genecin |
|  |  | 5/28/04 |  |  | Paul Genecin |
|  |  | 11/22/04 |  |  | Paul Genecin |

FILED 2004 NOV 23 A 2: 12  U.S. DISTRICT COURT  NEW HAVEN, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages