UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF RITA GENECIN, by VICTOR GENECIN, Personal Representative, | : : : : |
| Plaintiff, | : : |
| v. | :    NO.   3:01cv211 (MRK) : |
| PAUL GENECIN and VICTOR GENECIN, in his individual capacity, | : : : |
| Defendants. | : |

**ORDER**

Trial of this matter is now complete and the Court is awaiting final briefing and argument. In accordance with the Court's instructions for the parties Joint Trial Memorandum, the Plaintiff filed three motions in limine: Motion in Limine of Plaintiff Estate of Rita Genecin to Preclude Testimony of Victoria Morrow [doc. # 85]; Motion in Limine of Plaintiff Estate of Rita Genecin to Preclude Testimony of Paul Genecin [doc. # 86]; Motion in Limine of Plaintiff Estate of Rita Genecin to Preclude Testimony of Gregory Genecin [doc. # 87]. Each motion was based on identical grounds – that any testimony as to statements made by Rita Genecin concerning the gift of a Lautrec lithograph to Paul Genecin was barred by Maryland's Dead Man's Statute, Md. Code Cts. & Jud. Proc. Art., § 9-116.

Before trial, the Court informed counsel that because this was a bench trial, the Court would admit any testimony that the parties intended to proffer, without prejudice to and subject to Plaintiff's arguments concerning the effect of Maryland's Dead Man's Statute. Since the Court

has admitted the testimony of both Paul and Gregory Genecin subject to Plaintiff's objection and since the Court will decide in its final ruling whether any portion of their testimony is barred by Maryland's Dead Man's Statute, the Court DENIES the Motion in Limine of Plaintiff Estate of Rita Genecin to Preclude Testimony of Paul Genecin [**doc. # 86**] and the Motion in Limine of Plaintiff Estate of Rita Genecin to Preclude Testimony of Gregory Genecin [**doc. # 87**], as unnecessary and duplicative in view of the manner in which the trial was conducted and the express reservation of Plaintiff's rights that was made on the record at trial.  The Court further DENIES the Motion in Limine of Plaintiff Estate of Rita Genecin to Preclude Testimony of Victoria Morrow [**doc. # 85**] as moot in view of the fact that Ms. Morrow did not testify at trial.

IT IS SO ORDERED.

/s/      Mark R. Kravitz     
United States District Judge

**Dated at New Haven, Connecticut: <u>February 8, 2005</u>**