UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF RITA GENECIN, by | : | |
| VICTOR GENECIN, | : | |
| Personal Representative, | : | |
| Plaintiff, | : | |
| | : | CIVIL NO. 3:01CV00211(MRK) |
| | : | |
| VS. | : | |
| | : | |
| PAUL GENECIN and VICTOR GENECIN, | : | March 4, 2005 |
| in his individual capacity, | : | |
| Defendants. | : | |

**MOTION FOR LEAVE TO FILE CORRECTED POST-TRIAL MEMORANDUM
OF PLAINTIFF ESTATE OF RITA GENECIN**

      Plaintiff Estate of Rita Genecin moves for leave to file a corrected post-trail memorandum in this matter to correct various grammatical and citation errors and to clarify meaning sought to be conveyed in the memorandum dated February 22, 2005.

      A copy of the corrected memorandum is attached hereto.

      The corrections, which are not substantive, appear at the following locations:

      p. 2, lines 2-4, 19-22.

      p. 3, lines 4-5.

      p. 5, lines 17-19, 24.

      p. 7, lines 7-11, 17-18.

      p. 8, lines 1, 3-4.

      p. 9, deleted material after line 23.

      p. 10, lines 7, deleted material in line 16.

      p. 11, lines 15-16.

p. 13, lines 1-3.

p. 14, lines 6, 9, 11, 18.

p. 16, lines 10, 12-14.

p. 19, deleted material in line 5, lines 11-12, 14-15.

THE PLAINTIFF,
ESTATE OF RITA GENECIN

By   /s/ David L. Belt_____
          David L. Belt (ct 04274)
          JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
          350 Orange Street
          New Haven, CT  06503
          Tel.:(203) 772-3100
          Fax:(203) 772-1691
          Email: dbelt@jacobslaw.com
          Its attorney

## **Certification**

The undersigned hereby certifies that a copy of the foregoing Motion for Leave to File

Corrected Post-Trial Memorandum of Plaintiff Estate of Rita Genecin was mailed first class, postage

prepaid, on March 4, 2005 to:

Patrick M. Noonan
Delaney, Zemetis, Donahue,
  Durham & Noonan, P.C.
741 Boston Post Rd.
Guilford, CT 06437


                                        /s/ David L. Belt_____
                                        David L. Belt