UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF RITA GENECIN, by VICTOR GENECIN, Personal Representative, | : : : : |
| Plaintiff, | : : |
| v. | :    Case No. 3:01cv211 (MRK) |
| PAUL GENECIN and VICTOR GENECIN, in his individual capacity, | : : : : |
| Defendants. | : |

## RULING AND ORDER

The Court hereby GRANTS Plaintiff Estate of Rita Genecin's Motion for Leave to File Corrected Post-Trial Memorandum [**doc. #117**]. **The Clerk is directed to docket the attached Corrected Post-Trial Memorandum of Plaintiff Estate of Rita Genecin**.

          IT IS SO ORDERED.

          /s/    Mark R. Kravitz
          United States District Judge

**Dated at New Haven, Connecticut on March 24, 2005**.