UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF RITA GENECIN, by VICTOR GENECIN, Personal Representative, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | NO.   3:01cv211 (MRK) |
| PAUL GENECIN and VICTOR GENECIN, in his individual capacity, | : : : | |
| Defendants. | : | |

## JUDGMENT

This matter came on for court trial before the Honorable Mark R. Kravitz, United States District Judge.  On March 31, 2005, a Memorandum of Decision entered finding that Rita Genecin did make a valid gift of the Lautrec Lithograph to her son Paul Genecin in December 1999 and the Lautrec is therefore the lawful property of Paul Genecin.  The Court also finds and declares that Paul Genecin and Victor Genecin are each entitled to receive a fifty percent share of Rita Genecin's Schwab IRA.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants, Paul Genecin and Victor Genecin, and the case is closed.

Dated at New Haven, Connecticut this 1st day of April,  2005.

KEVIN F. ROWE, Clerk
By
/s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD : _____