UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF RITA GENECIN, by | : | |
| VICTOR GENECIN, | : | |
| Personal Representative, | : | |
| Plaintiff, | : | |
| | : | CIVIL NO.3:01CV00211(MRK) |
| VS. | : | |
| | : | |
| | : | |
| PAUL GENECIN | : | |
| | : | APRIL 29, 2005 |
| | : | |
| Defendant. | : | |

### NOTICE OF APPEAL

Notice is hereby given that the Estate of Rita Genecin, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the first day of April, 2005 granting declaratory judgment in favor of defendant, and from the Memorandum of Decision to the same effect filed by the Hon. Mark R. Kravitz, United States District Judge, on March 31, 2005.

Dated: New Haven, Connecticut
        April 29, 2005

THE PLAINTIFF,
ESTATE OF RITA GENECIN,

By: /s/ David L. Belt
        David L. Belt (ct 04274)
JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
350 Orange Street
New Haven, CT  06503
Tel.:(203) 772-3100
Fax:(203) 772-1691
Email: dbelt@jacobslaw.com
        Its attorney

**Certification**

The undersigned hereby certifies that a copy of the Notice of Appeal was mailed first class,

postage prepaid, this 29th day of April 2005 to:

Patrick M. Noonan, Esq.
Delaney, Zemetis, Donahue,
    Durham & Noonan, P.C.
741 Boston Post Rd.
Guilford, CT 06437

Victor Genecin, Esq.
Pavia & Harcourt
600 Madison Ave., 12th Floor
New York, New York  10022

/s/ David L. Belt
David L. Belt