MANDATE

CTDC INHCT
01-cv-211
KRAVITZ

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

ESTATE OF RITA GENECIN, by
VICTOR GENECIN, Personal Representative,
         Appellant,           :      Docket No. 05-2202-cv

vs.

PAUL GENECIN,
         Appellee.              DECEMBER 27, 2005

*(court stamp: UNITED STATES COURT OF APPEALS — FILED — JAN 19 2006 — SECOND CIRCUIT)*

The undersigned hereby stipulate that the above-captioned appeal is hereby

withdrawn with prejudice, without costs, and without attorneys' fees pursuant to Rule

42(b) of the Federal Rules of Appellate Procedure.

**APPELLANT ESTATE OF RITA GENECIN,**

By: _David T. Grudberg_
           David T. Grudberg
Jacobs, Grudberg, Belt, Dow & Katz P.C.

**APPELLEE PAUL GENECIN**

By: _Patrick M. Noonan_
           Patrick M. Noonan
Donahue, Durham & Noonan, P.C.

SO ORDERED.

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court

By: _Stuart A. Bass_
     STAFF COUNSEL
Dated: Jan. 19, 2006

*(stamp)* A TRUE COPY
Roseann B. MacKechnie, CLERK

by _Tammy Martinez_
DEPUTY CLERK

CERTIFIED: 1-20-06